**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

October 23, 2024

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

The bail review hearing is adjourned to October 30, 2024 at 4:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
October 24, 2024

**Re:** *United States v. Mahamadou Sawaneh*, **24-cr-244 (RA)**

Dear Judge Abrams:

We represent the Defendant, Mahamadou Sawaneh, in the above-captioned matter. We write now concerning the bail review hearing scheduled for October 28, 2024 at 12:30pm. Mr. Sawaneh respectfully requests that the Court adjourn the hearing until November 6, 2024, to allow Mr. Sawaneh time to make arrangements for travel to New York from his residence in Atlanta, Georgia. Both the Government and Pretrial Services have informed us that they oppose this request.

Respectfully submitted,

*Daniel Stein*

Daniel L. Stein


cc: Counsel of record (*via ECF and email*)