```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :    24 Cr. 244-02 (RA)
UNITED STATES OF AMERICA,            :
                                     :           ORDER
           -v-                       :
                                     :
MAHAMADOU SAWANEH,                   :
                  Defendant.         :
                                     :
-------------------------------------X
```

RONNIE ABRAMS, District Judge:

ORDERED that the defendant's bail is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated:   October 30, 2024
         New York, New York

_____
RONNIE ABRAMS
United States District Judge