# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

December 17, 2024

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.

December 18, 2024

**Re:** *United States v. Mahamadou Sawaneh*, 24-cr-244 (RA)

Dear Judge Abrams:

We represent Defendant Mahamadou Sawaneh. We write in regards to a recent filing made in Mr. Sawaneh's name (Docket # 45). At present, counsel is working to determine whether Mr. Sawaneh intended to be party to this filing. Given that the filing contains sensitive information relating to Mr. Sawaneh's case, we request that the Court seal Docket # 45 at an *ex parte* level until such time as we are able to determine that Mr. Sawaneh intended to make this filing, or until such time as the Court rules on defendants' apparent request to proceed *pro se*.

Respectfully submitted,

*Daniel Stein*

Daniel L. Stein

cc: Counsel of record (*via ECF*)